No. 55904.—Marie Wendel *v.* United States, protest 163388–K (Seattle).

Opinion by LAWRENCE, J. The record disclosed that the entry was liquidated on November 8, 1948, and that the protest was filed on September 7, 1949. Inasmuch as section 514, Tariff Act of 1930, provides that a protest may be filed against the liquidation of a collector "within sixty days after, but not before such liquidation," it was held that the protest herein was not filed in accordance with law. The protest was therefore dismissed.

No. 55905.—The Louis Allis Company *v.* United States, protest 165063–K (Milwaukee).

Opinion by LAWRENCE, J. It appearing that the plaintiff abandoned the claim in this protest, same was dismissed.

BEFORE THE THIRD DIVISION, SEPTEMBER 25, 1951

No. 55906.—Dixie Berry *v.* United States, protest 146918–K (Galveston).

Opinion by EKWALL, J. At the later hearing, the attorney who appeared as *amicus curiae* and as counsel for the plaintiff—at the request of the court—stated that his client had failed to take steps to comply with the regulations and law, and that, in his opinion, the court had done everything possible to render justice in the case. Upon the record presented, the court was constrained to overrule the claim for free entry.